**MEMO ENDORSED**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH STANSELL, *et al.*,

    Plaintiffs,

v.

REVOLUTIONARY ARMED FORCES OF COLOMBIA, *et al.*,

    Defendants.

Case No. 1:25-cv-4181-VEC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/25

_____/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
NOTICE OF MOTION ECF 5 AND MEMORANDUM OF LAW ECF 6**

Plaintiffs hereby notify the Court that in light of Judge Scola's June 25, 2025 Order, filed herein at ECF 11-1, Plaintiffs have decided to proceed in this district, and accordingly, withdraw today the Notice of Motion at ECF 5 and accompanying Memorandum of Law at ECF 6 (and Exhibits 6-1; 6-2), without prejudice.

Respectfully submitted this July 1, 2025.

/s/ Newton Porter
Newton Porter, Esq.
Tony Korvick, Esq.
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd. Suite 470
Coral Gables, FL 33146
305-373-5040
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com
*Counsel for the Stansell Judgment Creditors*
*SDFL Local Counsel for the Pescatore Judgment Creditors*

---

Application GRANTED.   7/2/25
SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served this Memorandum by electronic mail to the following persons:

    Steve Feigenbaum, Esq.
    sfeigenbaum@braverlaw.net
    BRAVERMAN GREENSPUN P.C.
    110 East 42nd Street
    New York, New York 10017
    *Counsel for JPMCB*

    Benedict Bernstein, Esq.
    WHITE & CASE
    701 Thirteenth Street N.W.
    Washington, D.C. 20005
    benedict.bernstein@whitecase.com
    *Counsel for Petrocedeno S.A. and PDVSA*

    Joseph Zumpano, Esq.
    Leon N. Patricios
    Zumpano Patricios, P.A.
    312 Minorca Ave
    Coral Gables, FL 33134
    jzumpano@zplaw.com
    lpatricios@zplaw.com
    *Counsel for Antonio Caballero*

    Jaime Guttman, Esq.
    Scale Law Partners, LLC
    777 Brickell Avenue, Suite 500
    Miami, FL 33131
    jaime@scale.law
    *Counsel for Osio Plaintiffs/Judgment Creditors*

    OFFICE OF FOREIGN ASSETS CONTROL
    U.S. Department of the Treasury
    1500 Pennsylvania Ave. NW
    Washington DC
    *Via email to* OFACReport@treasury.gov, *in compliance with 31 CFR 501.605(A)(3)*

None of the defendants have appeared and defaults were properly entered against them all prior to entry of the Default Judgment. Accordingly, no further notice, service of pleadings, motions or writs is required to be served on Defendants. Fed. R. Civ. P. 5(a)(2).

/s/ Newton Porter
Newton Porter, Esq.
Tony Korvick, Esq.
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd. Suite 470
Coral Gables, FL 33146
305-373-5040
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com
*Counsel for the Stansell Judgment Creditors*
*SDFL Local Counsel for the Pescatore Judgment Creditors*